THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR G. TILLMAN, Appellant.

*People* v. *Tillman*, 139 App. Div. 572, affirmed.
(Submitted March 20, 1911; decided April 4, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1910, which reversed a judgment of the Court of General Sessions of the Peace in the county of New York sustaining a demurrer to an indictment for perjury and overruled such demurrer.

*Abraham Levy* and *Henry W. Unger* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Order affirmed, on opinion of LAUGHLIN, J. below.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. WALTMAN, Appellant.

*People* v. *Waltman*, 135 App. Div. 914, affirmed.
(Submitted March 20, 1911; decided April 4, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1909, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of extortion.

*Clark L. Jordan* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.